IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA　§　MAG. DOCKET NO.: 4:21-MJ-068
　§
v.　§
　§
KATHERINE STAVELEY SCHWAB　§　CRIMINAL NO.: _____

## ENTRY OF APPEARANCE OF COUNSEL

[✓] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

February 1, 2021
Date

FILED
FEB - 1 2021
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
Signature of Attorney

REED PROSPERE
Attorney Name (Please Print)

16351800
Attorney Bar Number

8111 Preston Road, Suite 550
Street Address

Dallas, TX 75225
City/State/Zip

reedprospere@yahoo.com
Email Address

214-750-8555
Telephone (including area code)

214-750-8001
Fax Number